**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| SOPHORN SAN | CIVIL ACTION NO. 17-0684 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| JEFF SESSIONS, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Respondents' Motions to Dismiss (Record Document 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30th day of November, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT